1  DONALD C. KUDLER, ESQ.
   Nevada Bar No. 005041
2  CAP & KUDLER
   3202 W. Charleston Boulevard
3  Las Vegas, Nevada 89102
   (702) 878-8778
4  *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEOMA F. BREDEHOFT, individually, | CASE NO: 2:16-cv-02841-JAD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO VACATE DOCUMENT NO. 18 AND RE-CALENDAR THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | ECF No. 19 |

IT IS HEREBY STIPULATED AND AGREED to by and between the undersigned counsel of record for Plaintiff NEOMA F. BREDEHOFT and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY that Document No. 18 be vacated since Plaintiff's counsel was mistaken on the settlement of this case as a different case in Counsel's office settled for the same amount.

IT IS HEREBY STIPULATED AND AGREED to by and between the parties that the hearing on Defendant's Motion for Summary Judgment should be re-calendared.

IT IS SO STIPULATED.

DATED this 12th day of December, 2017   DATED this 12th day of December, 2017

CAP & KUDLER                              DENNETT WINSPEAR, LLP

/s/ *Donald C. Kudler*                    /s/ *Jennifer Insley Micheri*

_____               _____
DONALD C. KUDLER, ESQ.                    JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 5041                       Nevada Bar No. 10089
3202 W. Charleston Boulevard              3301 N. Buffalo Dr., Ste. 195
Las Vegas, Nevada 89102                   Las Vegas, NV 89129
*Attorneys for Plaintiff*                 *Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that **the 12/12/17 Minute Order [18] is VACATED.** The Clerk of Court is directed to replace the gavel on the motion for summary judgment [14]. As there was no hearing scheduled for that motion, there is no hearing to reset.

_____
U.S. District Judge Jennifer Dorsey
December 13, 2017

Submitted by:

CAP & KUDLER

/s/ *Donald C. Kudler*

_____
DONALD C. KUDLER, ESQ.
Nevada Bar No. 5041
3202 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorneys for Plaintiff*
*Neoma F. Bredehoft*

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-9350
HTTP://WWW.CAPANDKUDLER.COM