RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant, State Farm*
*Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NEOMA F. BREDEHOFT, Individually,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X; and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No: 2:16-cv-02841-JAD-GWF

ECF Nos. 14, 21

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between DONALD C. KUDLER, ESQ., of the law firm of CAP & KUDLER, attorneys for Plaintiff, NEOMA F. BREDEHOFT, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant,

///

///

///

///

///

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 1/23/18

**CAP & KUDLER**

By_____
DONALD C. KUDLER, ESQ.
Nevada Bar No. 005041
3202 W. Charleston Blvd
Las Vegas, Nevada 89102
Telephone: (702) 878-8778
Facsimile: (702)878-9350
*Attorneys for Plaintiff,
Neoma F. Bredehoft*

DATED: 1-26-18

**DENNETT WINSPEAR, LLP**

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,
State Farm Mutual Automobile
Insurance Company*

## ORDER

Based on the parties' stipulation [ECF No. 21] and good cause appearing, IT IS HEREBY ORDERED that **this case is DISMISSED** with prejudice, each side to bear its own fees and costs. The motion for summary judgment **[ECF No. 14] is DENIED** as moot. And the Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
January 26, 2018

2